```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKUA TWUMWAA,

                              Plaintiff,

     -against-

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

                            Respondent.

13 Civ. 5858 (AT) (JLC)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

      On August 16, 2013, *pro se* Plaintiff, Akua Twumwaa, filed this action pursuant to 42 U.S.C. § 405(g) challenging the final decision of Defendant, Commissioner of Social Security, to deny her claim for Social Security Supplemental Security Income. On August 27, 2013, the Court referred the matter to Magistrate Judge James L. Cott. On December 20, 2013, Defendant filed a motion to dismiss.

      After careful consideration, Judge Cott issued a Report and Recommendation ("R&R"), proposing that Defendant's motion to dismiss be granted. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error. Accordingly, the Court ADOPTS Judge Cott's R&R in its entirety.

      The Clerk of Court is directed to (1) terminate the motion at ECF No. 9; (2) close the case; and (3) mail a copy of this order to *pro se* Plaintiff.

      SO ORDERED.

Dated: July 29, 2014
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge